In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-196 CR


 ______________________



JOSEPH VERNON METOYER A/K/A JOSEPH METOYER, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


 Jefferson County, Texas


Trial Cause No. 07-00396







MEMORANDUM OPINION

 On February 25, 2008, the trial court sentenced Joseph Vernon Metoyer a/k/a Joseph
Metoyer, Jr. on a conviction for possession of a controlled substance. Metoyer filed a notice
of appeal on April 14, 2008. The trial court entered a certification of the defendant's right
to appeal in which the court certified that this is a plea-bargain case and the defendant has
no right of appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial
court's certification to the Court of Appeals.

 On April 25, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 ______________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered May 21, 2008

Do Not Publish

 

Before McKeithen, C.J., Gaultney and Kreger, JJ.